1  STEVEN R. FELDSTEIN (CSB NO. 59354)
2  BRIAN K. NAGATANI (CSB NO. 208632)
   BROOKE D. ANDRICH (CSB NO. 238826)
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA  94025-3506
5  Telephone: +1.650.324.7000
   Facsimile: +1.650.324.0638
6
7  Attorneys for Defendant,
   ROBERT G. APTEKAR, M.D.
8
9  WILLIAM R. TAMAYO- #084964 (CA)
   JONATHAN T. PECK-#12303 (VA)
10 SANYA HILL MAXION-#18739 (WA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
11 350 The Embarcadero, Suite 500
   San Francisco, CA 94105-4000
12 Telephone: (415) 625-5650
   Facsimile: (415) 625-5657
13
14 Attorneys for Plaintiff,
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/8/06*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. APTEKAR, M.D., INC., d/b/a ARTHRITIS AND ORTHOPEDIC MEDICAL CLINIC,<br><br>Defendant. | Civil Action No.: C 06 4808 RMW<br><br>**JOINT STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1
2
3   Pursuant to Civil Local Rules 7-12 and 16-2(e), counsel for Defendant, Robert G.
4   Aptekar, M.D., and counsel for Plaintiff, Equal Employment Opportunity Commission,
5   have met and conferred and agree that it would be in the best interests of the parties and of
6   judicial economy to reschedule the Case Management Conference in this action to
7   accommodate lead trial counsel for Defendant's scheduling conflict arising from
8   participation in a pre-arranged out-of-town business conference.
9   The parties therefore stipulate, agree, and respectfully request the Court to
10  reschedule the Case Management Conference presently set for November 17, 2006 at 10:30
11  a.m. to take place December 1, 2006 at 10:30 a.m., and further stipulate and agree that all
12  dates relating to the Case Management Conference, including the deadline to meet and
13  confer regarding case management issues and for the exchange of initial disclosures, be
14  reset in accordance with the new December 1, 2006 Case Management Conference date.
15  IT IS SO STIPULATED.

16  Dated:  October 17, 2006            HELLER EHRMAN LLP
17
18                                      By _____/s/ Brooke D. Andrich_____
                                              BROOKE D. ANDRICH
19                                      Attorneys for Defendant,
                                        ROBERT G. APTEKAR, M.D.
20
21
    Dated:  October 17, 2006            EQUAL EMPLOYMENT OPPORTUNITY
22                                      COMMISSION
23
24                                      By _____/s/ Sanya Hill Maxion_____
                                              SANYA HILL MAXION
25                                      Attorneys for Plaintiff,
                                        EQUAL EMPLOYMENT OPPORTUNITY
26                                      COMMISSION
27
28

Heller
Ehrman LLP

2
JOINT STIPULATION & [ ORDER TO CONTINUE CMC:  Civil Complaint No. C-06-4808-RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the foregoing Joint Stipulation, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Case Management Conference scheduled for November 17, 2006 will be reset for December 1, 2006 at 10:30 a.m. All related dates are reset accordingly.

Dated: __11/8_____, 2006

/S/ RONALD M. WHYTE
_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE