```
 1  WILLIAM R. TAMAYO -#084964 (CA)
    JONATHAN T. PECK - #12303 (VA)
 2  SANYA HILL MAXION - #18739 (WA)
    350 The Embarcadero, Suite 500
 3  San Francisco District Office
    San Francisco, California 94105-4000
 4  Telephone: (415) 625-5650
    Facsimile: (415) 625-5657
 5
                    UNITED STATES DISTRICT COURT
 6                 NORTHERN DISTRICT OF CALIFORNIA

 7

 8  EQUAL EMPLOYMENT OPPORTUNITY    ) Case No.: C-06-4808 RMW
    COMMISSION,                     )
 9                                  ) STIPULATION AND [PROPOSED]
              Plaintiff(s),         ) ORDER SELECTING ADR PROCESS
10                                  )
         vs.                        )
11  ROBERT G. APTEKAR, M.D., INC.,  )
    d/b/a ARTHRITIS AND ORTHOPEDIC  )
12  MEDICAL CLINIC,                 )
                                    )
13            Defendant(s).         )
                                    )
14  _____  )

15       Counsel report that they have met and conferred regarding

16  ADR and have reached the following stipulation pursuant to Civil

17  L.R. 16-8 and ADR L.R. 3-5:

18  The parties agree to participate in the following ADR process:

19       **Court Processes:**

20            Mediation (ADR L.R. 6)

21
    *(Note:  Parties who believe that an early settlement conference
22  with a Magistrate Judge is appreciably more likely to meet their
    needs than any other form of ADR, must participate in an ADR
23  phone conference and may not file this form.  They must instead
    file a Notice of Need for ADR Phone Conference.  See Civil Local
24  Rule 16-8 and ADR L.R. 3-5)*

25
```

0 - 1

**Private Process:**
    Private ADR (please identify process and provider)
__Not applicable._____

The parties agree to hold the ADR session by:
    The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

    Other requested deadline  _____

Dated:  __November 9, 2006__         _____/s/_____
                                        Attorney for Plaintiff

Dated: _ __November 9, 2006__        ____/s/_____
                                        Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned is hereby referred to:

    Mediation

Deadline for ADR session
    90 days from the date of this order.
    Other

IT IS SO ORDERED.

Dated:  __11/17/06__           /s/ Ronald M. Whyte
                                     _____
                                       UNITED STATES DISTRICT JUDGE

0 - 3